

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00443-CR

Kristen E. **MEWS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2856
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED August 12, 2015.

_____
Marialyn Barnard, Justice